UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JOHN FREDERICK RUSSELL,** ) | |
| ) | |
| Plaintiff, ) | Case No. CV 14-3481 AJW |
| ) | |
| v. ) | **J U D G M E N T** |
| ) | |
| **CAROLYN W. COLVIN,** ) | |
| **Acting Commissioner of Social** ) | |
| **Security,** ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**IT IS ADJUDGED** that defendant's decision is reversed, and the case is remanded for further administrative proceedings consistent with the memorandum of decision.

September 29, 2015

_____
ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE